# Exhibit 1



## Religious Reasonable Accommodation Request Form

Please return your completed form to USVaccineExemptions@astrazeneca.com.

Date: February 25, 2022

Employee's Name: Jonathan Bobnar

Email: jonathan.bobnar@astrazeneca.co[m]

Phone: 234-380-3233

Location (state): Ohio

Job title: Biologics Sales Specialist

PRID: KPNN955

> *AstraZeneca (the "Company") takes seriously its obligations to provide appropriate reasonable accommodation to qualified persons whose sincerely held religious beliefs prohibit them from getting a COVID-19 vaccine. Completion of this form is the first step in an interactive process between you and AstraZeneca to determine whether you are qualified for a reasonable accommodation and further whether there are any available accommodations that would enable you to perform your job (or enjoy equal access to benefits and privileges of employment) and meet our operational and safety needs. Please answer all questions to the best of your ability. Failure to answer each question may impact AstraZeneca's ability to conduct the review necessary to approve your request. After you submit this form, a representative from Human Resources will reach out to you. As part of the interactive process, you may be required to provide additional information regarding your request. Further, any misinformation or knowingly false information provided as part of your request may lead to you being subject to disciplinary action up to and including separation of employment.*

Please describe the nature of your objection(s) to the Company's COVID-19 vaccination requirement.

I choose to exercise my right, which is protected by the Civil Rights Act of 1964- Title VII, to demand a religious exemption to the requirement that I receive a COVID- 19 vaccine. This demand for an exemption is based on my deeply held religious beliefs pursuant to my reliance

Describe the basis of the sincerely held religious belief that requires accommodation.

Please see attached*

How long have you held the religious belief underlying your objection?  What is the name of your religion and are you a member of a place of worship (church, synagogue, mosque, etc.)?

Please see attached*

Please explain how the religious belief that prevents you from receiving the COVID-19 vaccine affects other areas of your life.  For example, have you received other vaccines in the past?  If so, please explain how your religious belief prevents you from getting the COVID-19 vaccine but not other vaccines.

Please see attached*

1



Have you ever requested a religious accommodation previously, either on your own behalf or on behalf of a family member, such as a child who was subject to a school's vaccination requirements? If yes, please describe.

No

Please attach any supporting documentation that may be helpful in evaluating this request for accommodation, this may include a website with information on your religious beliefs or practices, or a letter from a religious leader describing your specific religious beliefs and/or the tenets of the religion that limits or restricts you from being vaccinated. If submitting a letter from a pastor, please also describe how long you have known this individual.

**Verification**

I understand that the Company requires a COVID-19 vaccination as a term and condition of employment. I hereby certify that I believe that I have a sincerely held religious belief that necessitates a reasonable accommodation from this requirement.

I verify that the information I am submitting in support of my request for a reasonable accommodation is complete and accurate to the best of my knowledge, and I understand that any misrepresentation contained in this request may result in disciplinary action, up to and including dismissal. I further understand that the Company may require me to provide additional information in response to the information I provide.

I also understand that my request for an accommodation based on a religious belief may not be granted if I fail to provide complete responses to the questions the Company provided in a reasonable time frame, if the request is not reasonable, if it poses a direct threat to the health and/or safety of others and/or to me, or if it creates an undue hardship on the Company.

Please return your completed form to USVaccineExemptions@astrazeneca.com.

Signature: __Jonathan Bobnar_____

Date: __2/25/2022_____

Jonathan Bobnar: Religious Exemption

**Please describe the nature of your objection(s) to the Company's COVID-19 vaccination requirement.**

I choose to exercise my right, which is protected by the Civil Rights Act of 1964- Title VII, to demand a religious exemption to the requirement that I receive a COVID- 19 vaccine. This demand for an exemption is based on my deeply held religious beliefs pursuant to my reliance on teachings by the Holy Spirit and the Holy Bible.

**Describe the basis of the sincerely held religious belief that requires accommodation.**

The Bible says, "Therefore, to him that knows to do good, and does not do it, to him it is sin" (James 4:17, NKJV). My personal convictions are inspired by my study and understanding of the Bible, and personally directed by the true and living God. I am personally convicted, through prayer and meditation, by the Holy Spirit that I should not receive any of the COVID-19 vaccines.  I believe that I am required to search the Scripture myself for related truths.  Romans 15:4 says "For everything that was written in the past was written to teach us".  I also believe that I am called to seek personal guidance from the Holy Spirit (Acts 2:38-39; Romans 8). The Holy Spirit has guided me not to take any of the vaccines for Covid-19.   I also believe that God is the author and sustainer of life.  Altering life as he has created it is sinful.

**How long have you held the religious belief underlying your objection? What is the name of your religion and are you a member of a place of worship (church, synagogue, mosque, etc.)?**

I am a non-denominational born again follower of Jesus Christ and since a very young age I have always believed what the Bible says.  Job 33:4: states: "The Spirit of God has made me; the breath of the Almighty gives me life."  I also believe what David wrote in the book of Psalms.  Psalm 139:13-14 states "for it was You who created my inward parts; you knit me together in my mother's womb. I will praise You because I have been fearfully and wonderfully made".  God has uniquely made me with great reverence and I am set apart for His glory.   I attended Christian schooling as well as a Christian University for my undergrad.  Throughout those years to the present I have attended church regularly as well as been an active member leading small group, Bible studies and mentoring high school students.  My beliefs and lifestyle impact every area of my life as I am lead by the Spirit and honor God with my body, time, and resources.

Per Title VII of the U.S. Civil Rights Act, a religious exemption request is made by each individual, based on each individual's sincerely held religious, ethical, and/or moral beliefs, not the tenets of a church, doctrine, religion or religious scholars.

**Please explain how the religious belief that prevents you from receiving the COVID-19 vaccine affects other areas of your life. For example, have you received other vaccines in the past? If so, please explain how your religious belief prevents you from getting the COVID-19 vaccine but not other vaccines.**

1 Corinthians 6:19-20 says, "…Your body is a temple of the Holy Spirit within you, whom you have from God. You are not your own, for you were bought with a price. So glorify God in your body."  I am solely responsible to God for my body—how I treat it, how I use it, how I take care of it, and what I put into it. My body is considered a "sacred temple" that is devoted to God for sacred purposes. I am called to honor God with my mind, body, and heart.  After prayerful conviction and scriptural meditation, the Spirit of God has told me not to take any of the COVID vaccines, therefore it would be dishonoring and sinful to God for me to put something into my body for which I had a conscientious objection. Therefore, on religious ground I would be violating a sacred trust to honor God with my body if I were to allow the COVID vaccine to be injected into my body.  I believe that Satan tempts us and God uniquely gives us convictions and tests our hearts throughout different scenarios in our lives.   Deuteronomy 8:2 states: "that He might humble you, testing you to know what was in your heart, whether you would keep His commandments or not".   God has given me this conviction and I am following his commandment to me as I am led by the Holy Spirit.

Jonathan Bobnar: Religious Exemption

**Have you ever requested a religious accommodation previously, either on your own behalf or on behalf of a family member, such as a child who was subject to a school's vaccination requirements? If yes, please describe.**

No.

**Please attach any supporting documentation that may be helpful in evaluating this request for accommodation, this may include a website with information on your religious beliefs or practices, or a letter from a religious leader describing your specific religious beliefs and/or the tenets of the religion that limits or restricts you from being vaccinated. If submitting a letter from a pastor, please also describe how long you have known this individual.**

**The Holy Bible**
https://ccchapel.com/about/
https://ccchapel.com/wp-content/uploads/2022/01/Christ-Community-Chapel-Constitution.pdf

**1 Corinthians 6:19** Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God? You are not your own,

**John 14:15-17** "If you love me, you will keep my commandments. And I will ask the Father, and he will give you another Helper, to be with you forever, even the Spirit of truth, whom the world cannot receive, because it neither sees him nor knows him. You know him, for he dwells with you and will be in you.

**\*John 16:12-15** "I still have many things to say to you, but you cannot bear them now. When the Spirit of truth comes, he will guide you into all the truth, for he will not speak on his own authority, but whatever he hears he will speak, and he will declare to you the things that are to come. He will glorify me, for he will take what is mine and declare it to you. All that the Father has is mine; therefore I said that he will take what is mine and declare it to you.

**Romans 8:9** You, however, are not in the flesh but in the Spirit, if in fact the Spirit of God dwells in you. Anyone who does not have the Spirit of Christ does not belong to him.

**John 16:13** When the Spirit of truth comes, he will guide you into all the truth, for he will not speak on his own authority, but whatever he hears he will speak, and he will declare to you the things that are to come.

**1 Corinthians 3:16-17** Do you not know that you are God's temple and that God's Spirit dwells in you? If anyone destroys God's temple, God will destroy him. For God's temple is holy, and you are that temple.

**1 Corinthians 6:19-20** Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God? You are not your own, for you were bought with a price. So glorify God in your body.

**Romans 16:17** I appeal to you, brothers, to watch out for those who cause divisions and create obstacles contrary to the doctrine that you have been taught; avoid them.

**Job 33:4** The Spirit of God has made me, and the breath of the Almighty gives me life.

**\*Genesis 2:7** Then the Lord God formed the man of dust from the ground and breathed into his nostrils the breath of life, and the man became a living creature.

**Ecclesiastes 12:7** And the dust returns to the earth as it was, and the spirit returns to God who gave it.

Jonathan Bobnar: Religious Exemption

**Philippians 4:6-7**  Do not be anxious about anything, but in everything by prayer and supplication with thanksgiving let your requests be made known to God. And the peace of God, which surpasses all understanding, will guard your hearts and your minds in Christ Jesus.

**James 5:13-18** Is anyone among you suffering? Let him pray. Is anyone cheerful? Let him sing praise. Is anyone among you sick? Let him call for the elders of the church, and let them pray over him, anointing him with oil in the name of the Lord. And the prayer of faith will save the one who is sick, and the Lord will raise him up. And if he has committed sins, he will be forgiven. Therefore, confess your sins to one another and pray for one another, that you may be healed. The prayer of a righteous person has great power as it is working. Elijah was a man with a nature like ours, and he prayed fervently that it might not rain, and for three years and six months it did not rain on the earth. …

**Romans 12:2** Do not be conformed to this world, but be transformed by the renewal of your mind, that by testing you may discern what is the will of God, what is good and acceptable and perfect.

**Ephesians 6:12** For we do not wrestle against flesh and blood, but against the rulers, against the authorities, against the cosmic powers over this present darkness, against the spiritual forces of evil in the heavenly places.

**Exodus 23:25** You shall serve the Lord your God, and he will bless your bread and your water, and I will take sickness away from among you.

**Psalm 91:1-16** He who dwells in the shelter of the Most High will abide in the shadow of the Almighty. I will say to the Lord, "My refuge and my fortress, my God, in whom I trust." For he will deliver you from the snare of the fowler and from the deadly pestilence. He will cover you with his pinions, and under his wings you will find refuge; his faithfulness is a shield and buckler. You will not fear the terror of the night, nor the arrow that flies by day, …

**Luke 21:11** There will be great earthquakes, and in various places famines and pestilences. And there will be terrors and great signs from heaven.

**Galatians 2:20** I have been crucified with Christ. It is no longer I who live, but Christ who lives in me. And the life I now live in the flesh I live by faith in the Son of God, who loved me and gave himself for me.

**\*Proverbs 3:5-6**  Trust in the Lord with all your heart, and do not lean on your own understanding. In all your ways acknowledge him, and he will make straight your paths.

**Proverbs 21:2**  Every way of a man is right in his own eyes, but the Lord weighs the heart.

**John 14:27** Peace I leave with you; my peace I give to you. Not as the world gives do I give to you. Let not your hearts be troubled, neither let them be afraid.

**John 16:33** I have said these things to you, that in me you may have peace. In the world you will have tribulation. But take heart; I have overcome the world."

**Revelation 13:16-18** Also it causes all, both small and great, both rich and poor, both free and slave, to be marked on the right hand or the forehead, so that no one can buy or sell unless he has the mark, that is, the name of the beast or the number of its name. This calls for wisdom: let the one who has understanding calculate the number of the beast, for it is the number of a man, and his number is 666.

**2 Timothy 3:16-17** All Scripture is breathed out by God and profitable for teaching, for reproof, for correction, and for training in righteousness, that the man of God may be competent, equipped for every good work.