# Exhibit 2

March 17, 2022 Jonathan Bobnar

Re: Religious Accommodation Request

Dear Jonathan Bobnar
Thank you for submitting your request for a religious accommodation related to AstraZeneca's (the "Company") mandatory vaccination policy. As you are aware, the Company has made the decision to require vaccination of all workers in order to protect our workforce, our communities and the patients we serve. We take the safety of our workforce, clients and customers very seriously.

Of course, the Company is also committed to compliance with Title VII of the Civil Rights Act of 1964 and state law equivalents that require that we accommodate employees when their sincerely held religious beliefs, practices, or observances conflict with work requirements unless providing such accommodation would create an undue hardship. You have asked to be permitted to work unvaccinated due to your religious beliefs.

The Company has carefully evaluated your request and has determined that additional information is necessary in order for the Company to arrive at an informed and final decision. As such, you should address the following requests for information and send your responses to usvaccineexemptions@astrazeneca.com within a week so that we have an opportunity to review all additional information you submit:

Your request mentions that you cannot get vaccinated because of your beliefs that your body is a temple and you are prohibited from putting harmful substances into your body. To help us understand your religious beliefs better, can you confirm whether, for the period while you have held these religious beliefs, you have smoked cigarettes, consumed alcohol, received any tattoos or used any legal recreational drugs? If yes, please describe why these activities do not violate your religious belief that your body should not be subjected to anything that may harm it.

<u>As I mentioned in my original statement, God has told us that our bodies are to glorify him and are a temple for His Spirit.  As I mentioned:</u>
1. <u>I have been convicted by the Holy Spirit to not receive any of the covid vaccines.</u>
2. <u>I am responsible to honor God with my body and all of my life choices.</u>

<u>As a result, as a follower of Jesus Christ led by the Spirit there are many things I abstain from in my life including but not limited to the ones mentioned in the question above.   I abstain from putting things in or on my body that I have been told not to either from scripture or by conviction of the Holy Spirit.  Gods view of "harmful substances" looks different for believers as it does for those who do not believe.</u>

<u>1 Thessalonians 4:3-8 states, "It is God's will that you should be sanctified: that you should avoid sexual immorality; that each of you should learn to control his own body in a way that is holy and honorable, not in passionate lust like a heathen, who do not know God… For God did not call us to be impure but to live a holy life.  Therefore he who rejects this instruction does not reject man but God, who gives you his Holy Spirit."</u>

<u>Romans 13:13 states, "Let us walk properly as in the daytime, not in orgies and drunkenness, not in sexual immorality and sensuality, not in quarreling and jealousy."</u>

Romans 14:1-7 states, "As for the one who is weak in faith, welcome him, but not to quarrel over opinions. One person believes he may eat anything, while the weak person eats only vegetables. Let not the one who eats despise the one who abstains, and let not the one who abstains pass judgment on the one who eats, for God has welcomed him. Who are you to pass judgment on the servant of another? It is before his own master that he stands or falls. And he will be upheld, for the Lord is able to make him stand.  One person esteems one day as better than another, while another esteems all days alike. **Each one should be fully convinced in his own mind. The one who observes the day, observes it in honor of the Lord. The one who eats, eats in honor of the Lord, since he gives thanks to God, while the one who abstains, abstains in honor of the Lord and gives thanks to God. For none of us lives to himself, and none of us dies to himself."**

As mentioned in my previous exemption statement: *"After prayerful conviction and scriptural meditation, the Spirit of God has told me not to take any of the COVID vaccines, therefore it would be dishonoring and sinful to God for me to put something into my body for which I had a conscientious objection. Therefore, on religious ground I would be violating a sacred trust to honor God with my body if I were to allow the COVID vaccine to be injected into my body. I believe that Satan tempts us and God uniquely gives us convictions and tests our hearts throughout different scenarios in our lives. Deuteronomy 8:2 states: "that He might humble you, testing you to know what was in your heart, whether you would keep His commandments or not"."*

Attestation
I verify that the information I am submitting to substantiate my request for accommodation is true and accurate to the best of my knowledge. I further understand that to the extent I include any false information as part of my request for a reasonable accommodation, the Company may reject my accommodation request and take other disciplinary action against me, up to and including termination.
Signature:   Jonathan Bobnar_____ Date:  3/21/2022_
Sincerely,
AstraZeneca Human Resources