# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **JONATHAN BOBNAR,** | **CASE NO. 1:22-cv-02258-PAB** |
| **Plaintiff,** | |
| v. | |
| **ASTRAZENECA PHARMACEUTICALS LP,** | **JUDGE PAMELA A. BARKER** |
| **Defendant.** | |

Now comes Lorraine M. Catalusci of the law firm of Wegman Hessler Valore, and hereby enters her appearance as counsel for Plaintiff, Jonathan Bobnar.

Respectfully submitted,

*/s/ Lorraine M. Catalusci*
Lorraine M. Catalusci (0097420)
WEGMAN HESSLER VALORE
6055 Rockside Woods Boulevard, Suite 200
Cleveland, Ohio 44131
Telephone: (216) 642-3342
Facsimile: (216) 642-8826
E-Mail: lmcatalusci@wegmanlaw.com

*Attorney for Plaintiff, Jonathan Bobnar*

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was filed electronically with the Court on April 5, 2023.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                */s/ Lorraine M. Catalusci*
                Lorraine M. Catalusci (0097420)